Character and Fitness. On June 14, 2006, applicant, Micheal Howard, filed a motion to seal the record in this matter. Upon consideration thereof,

IT IS ORDERED by this court that the motion is denied.

PFEIFER, J., dissents.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2006–1332.   State ex rel. Lynch v. Giant Eagle, Inc.
Franklin App. No. 05AP–864, 2006-Ohio-3148.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*August 4, 2006*

[Cite as 08/04/2006 Case Announcements, 2006-Ohio-3956.]

### MISCELLANEOUS DISMISSALS

2006–1420.   State v. Phillips.
Hamilton App. No. C–030823. This cause is pending before the court as a claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due July 28, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
IT IS ORDERED by the court that this cause is dismissed sua sponte.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*August 7, 2006*

[Cite as *08/07/2006 Case Announcements*, 2006-Ohio-4000.]

### DISCIPLINARY CASES

2001–1856.   Cleveland Bar Assn. v. Judge.
2002–0861.   Cuyahoga Cty. Bar Assn. v. Judge.
These causes came on for further consideration upon the filing on July 21, 2005, of petitions for reinstatement by respondent, Thomas J. Judge, Attorney Registration No. 0024839. In accordance with Gov.Bar R. V(10)(F), respondent's petitions for reinstatement were referred to the Board of Commissioners on Grievances and Discipline. The board filed its final report in this court on February